No. 68104.—Sterling Merchandise Co. et al. *v.* United States, protests 59/20106, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper needle holders the same in all material respects as those the subject of Abstract 63099, the claim of the plaintiffs was sustained.